3

**J. RUSSELL CUNNINGHAM, SBN 130578**
**BENJAMIN C. TAGERT, SBN 330242**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for J Michael Hopper
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JOSEPH CHRISTOPHER SMITH,<br><br>Debtor. | Case No. 21-23522-A-7<br>Chapter 7<br><br>DNL-2<br><br>Date: January 4, 2022<br>Time: 9:00 a.m.<br>Place: Dept. A, Courtroom 28<br>       501 I Street, 7th Floor<br>       Sacramento, CA 95814 |

### MOTION TO ABANDON ESTATE PROPERTY

      J. MICHAEL HOPPER ("Trustee"), in his capacity as the Chapter 7 trustee for the bankruptcy estate of JOSEPH CHRISTOPHER SMITH ("Debtor"), hereby moves for an order abandoning the bankruptcy estate's interest in the following businesses identified in the Schedule A/B filed as Docket#1 (collectively, "Businesses"):

///

///

///

///

///

1

| Section | Scheduled Item | | % of Ownership | Scheduled Value |
|---|---|---|---|---|
| #19 Non-publicly traded stock and interests in incorporated and unincorporated businesses | 2286 Del Monte LLC<br>D & J Beneficial Holdings, LLC<br>Norcal Green Ventures LLC<br>Midtown Supply LLC<br>Midtown Manufacturing | | 0%<br>50%<br>0%<br>100%<br>50% | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 |

In support thereof, the Trustee respectfully represents the following:

**JURISDICTION AND BACKGROUND**

1. Jurisdiction for this motion exists pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. § 1409(a). The relief sought is appropriate pursuant to 11 U.S.C. § 554(a).

2. On October 8, 2021, the Debtor commenced the above-captioned case by filing a voluntary Chapter 7 petition. The Trustee is the duly appointed trustee for the Debtor's bankruptcy case.

3. Among the scheduled assets of the bankruptcy estate is the Debtor's interest in the above-referenced Businesses, valued in the schedules in the aggregate amount of approximately $0.00.

4. The Debtor, in his Statement of Financial Affairs, states that NORCAL GREEN VENTURES LLC ("NGV") has never been operated.

5. In 2018, NGV proposed to initiate the development of a medical cannabis concentrate manufacturing facility located at 2286 Del Monte Street.

6. NGV, in its proposal, described the real property commonly known as 2286 Del Monte Street as being owned by 2286 Del Monte, LLC, a real estate holdings company.

7. D & J Beneficial Holdings, LLC is listed as the 100% owner of 2286 Del Monte LLC.

8. The Trustee seeks to abandon the estate's interest in the Businesses because of the potential liabilities associated with the operation of a cannabis manufacturing facility.

///

**BASIS FOR RELIEF**

Pursuant to 11 U.S.C. Section 554(a), after notice and a hearing, a trustee may "abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." Abandonment can be to any party with a possessory interest in the property abandoned. *In re St. Lawrence Corp.*, 239 B.R. 720, 727–28 (Bankr. D. NJ 1999), citing 5 *Collier on Bankruptcy* ¶ 554.02[3], 15th ed. rev. 1996; *In re Gibson*, 218 B.R. 900, 904 (Bankr. E.D. Ark. 1997).

The Businesses are burdensome to the estate because of the potential liabilities associated with the operation of a cannabis manufacturing facility. Currently, the Controlled Substances Act (CSA) establishes a system for the classification of controlled substances. *See* 21 U.S.C. § 812. Marijuana is currently listed as a Schedule I substance. 21 U.S.C. § 812(c). This classification renders the manufacture, distribution, or possession of marijuana a criminal offense. 21 U.S.C. §§ 841(a)(1), 844(a). As such, the Trustee requests that the Businesses be abandoned to the Debtor.

**WHEREFORE**, the Trustee prays that the motion be granted and for such other and further relief as the Court deems necessary and proper.

Dated: December 9, 2021            **DESMOND, NOLAN, LIVAICH, & CUNNINGHAM**

By: /s/ J. RUSSELL CUNNINGHAM
    **J. RUSSELL CUNNINGHAM**
    Attorney for J. Michael Hopper,
    Chapter 7 Trustee