Filed 01/07/22     Case 21-23522     Doc 34

**2**

J. RUSSELL CUNNINGHAM, SBN 130578
BENJAMIN C. TAGERT, SBN 330242
MIKAYLA E. KUTSURIS, SBN 339777
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for J. Michael Hopper
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JOSEPH CHRISTOPHER SMITH,<br><br>             Debtor. | Case No. 21-23522-A-7<br>Chapter 7<br><br>DNL-2<br><br>Date:    January 4, 2022<br>Time:   9:00 a.m.<br>Place:  Dept. A, Courtroom 28<br>         501 I Street, 7th Floor<br>         Sacramento, CA. 95814 |

### ORDER GRANTING MOTION TO ABANDON ESTATE PROPERTY

Upon review of the motion of J. MICHAEL HOPPER ("Trustee"), in his capacity as the Chapter 7 trustee for the bankruptcy estate of JOSEPH CHRISTOPHER SMITH ("Debtor"), and good cause appearing therefore,

IT IS ORDERED that:

1. The motion is granted as set forth herein.

2. The Trustee is authorized to abandon the bankruptcy estate's interest in the following businesses:

///

1

RECEIVED
January 05, 2022
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0007051333

| Schedule Section | Scheduled Item | % of Ownership | Scheduled Value |
|---|---|---|---|
| #19 Non-publicly traded stock and interests in incorporated and unincorporated businesses | 2286 Del Monte LLC<br>D & J Beneficial Holdings, LLC<br>Norcal Green Ventures LLC<br>Midtown Supply LLC<br>Midtown Manufacturing | 0%<br>50%<br>0%<br>100%<br>50% | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 |
| Total | | | $0.00 |

Dated: January 07, 2022

Fredrick E. Clement
United States Bankruptcy Judge

2