2

Mark A. Wolff (175570)
WOLFF & WOLFF
8861 Williamson Drive, Suite 30
Elk Grove CA 95624
Phone: (916) 714-5050
Fax: (916) 714-5054
e-mail: markwolff@wolffandwolff.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>Joseph Smith | Case #: 21-23522-A-7<br>MC#: WW-2<br>Chapter: 7<br><br>Date: March 14, 2022<br>Time: 9:00 a.m.<br>Place: U.S. Bankruptcy Court<br>Department A<br>Courtroom 28, 7th Floor<br>501 I Street<br>Sacramento, CA 95814 |

MOTION TO COMPEL ABANDONMENT

Debtor(s), by and through their attorney Mark A. Wolff of Wolff and Wolff, hereby requests an order requiring the Chapter 13 Trustee to abandon property of the estate consisting of a 2015 Toyota Prius and Debtor's interest in real property commonly known as 2518 U Street, Sacramento CA 95818, as follows:

1. Debtor filed this case under Chapter 7 on or about October 8, 2021.

2. At the time this case was filed Debtor owned and listed on schedule A/B assets including

      a 2015 Toyota Prius with 49,800 miles and an interest in real property commonly known as 2518 U Street, Sacramento CA 95818.

3. At the time this case was filed the value of the 2015 Toyota Prius was $9,550.00. See Declaration of Joseph Smith which is being filed concurrently with this motion.

4. Debtor claimed exemptions related to the 2015 Toyota Prius. Debtor claimed an exemption in the amount of $5,850.00 utilizing CCP 703.140(b)(2) and an exemption in the amount of $3,700.00 utilizing CCP 703.140(b)(5). See Schedule C of petition.

5. At the time this case was filed Debtor owned a 5% interest in real property commonly known as 2518 U Street Sacramento CA 95818. Debtor listed the value of his interest in the U Street property at $28,750.00. Debtor further listed the full value of the property at $575,000.00 and noted that the property is in need of repairs including needing a new roof, finish an incomplete deck. Both interior work and exterior work is needed. The front stps to the house need to be rebuilt, the fireplace needs to be replaced, and the kitchen and bath are outdated. See Declaration of Joseph Smith and related exhibits which is being filed concurrently with this motion.

6. Debtor claimed an exemption related to his interest in the real property at 2518 U Street, Sacramento CA 95818 as exempt utilizing the exemptions of CCP 703.140(b)(1) in the amount of $26,000.00.

7. Pursuant to 11 U.S.C. Section 554(b), the Court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

8. The 2015 Toyota Prius and Debtor's interest in the real property commonly known as 2518 U Street, Sacramento CA 95818 are of inconsequential value and benefit to the estate as such assets have been claimed as exempt, leaving little or no equity available for liquidation by the Chapter 13 Trustee.

9. The meeting of Creditors was originally schedule for November 17, 2021.

10. No parties have objected to any of Debtors exemptions claimed on Schedule C of the petition.

11. Debtor has exempted the full value of the 2015 Toyota Prius.

12. Debtor has claimed a $26,000.00 exemption related to his interest in the real property known as 2518 U Street, Sacramento CA 95818. Debtor values such interest at $28,750.00.

13. As listed on Schedule D, there is a loan which was secured by a lien against the real property known as 2518 U Street, Sacramento CA 95818 in the amount $251,926.00 in favor of Rushmore Loan Management Services. There are additional smaller liens against such property in favor of Greg Padilla Bail Bonds, City of Sacramento, and Applied Architecture. Given the value of Debtor's interest in such property, the claimed exemption, and the unavoidable liens, there is no equity in such property available to distribute to creditors in this case.

WHEREFORE, Debtor requests that the Court order the Chapter 7 Trustee to abandon the 2015 Toyota Prius and Debtor's interest in real property commonly known as 2518 U Street, Sacramento CA 95818, and enter such other orders as are just and appropriate.

Respectfully submitted,

WOLFF & WOLFF

Dated: _____　　By: _____
　　　　　　　　　　　　　　　　Mark A. Wolff