2

J. RUSSELL CUNNINGHAM, SBN 130578
BENJAMIN C. TAGERT, SBN 330242
MIKAYLA E. KUTSURIS, SBN 339777
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for J Michael Hopper
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

In re:

JOSEPH CHRISTOPHER SMITH,

Debtor.

Case No. 21-23522-A-7
Chapter 7

WW-2

Date:  March 14, 2022
Time:  9:00 a.m.
Place:  Dept. A, Courtroom 28
      501 I Street, 7th Floor
      Sacramento, CA 95814

## STIPULATION FOR WITHDRAWAL OF MOTION TO COMPEL ABANDONMENT

J. MICHAEL HOPPER ("Trustee") and JOSPEHS CHRISTOPHER SMITH (Debtor"),

in support of their stipulation, recite that:

    1.     On October 8, 2021, the Debtor commenced the above-captioned bankruptcy case

by filing a voluntary Chapter 7 petition. The Trustee is the duly appointed Chapter 7 trustee for

the Debtor's bankruptcy estate.

    2.     By WW-2, the Debtor seeks abandonment of a 2015 Toyota Prius ("Vehicle") and

2518 U Street, Sacramento, CA 95818 ("Residence").

3.    The Trustee filed opposition on February 28, 2022.

4.    The Debtor has expressed intent to amend his claims of exemption and has requested the Trustee's consent to withdraw WW-2.

NOW WHEREFORE, it is stipulated that:

A.    WW-2 shall be withdrawn without prejudice.

**WHEREFORE,** the parties pray for an order consistent with the foregoing and for such other and further relief as is necessary and proper.

Date: March 7 , 2022                **WOLFF & WOLFF**

By: _____
**MARK A. WOLFF**
Attorneys for Joseph Smith,
Debtor

Date: March 8 , 2022                **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

By:    /s/  J. RUSSLL CUNNINGHAM
**J. RUSSELL CUNNINGHAM**
Attorneys for J. Michael Hopper,
Chapter 7 Trustee