2

**J. RUSSELL CUNNINGHAM, SBN 130578**
**BENJAMIN C. TAGERT, SBN 330242**
**MIKAYLA E. KUTSURIS, SBN 339777**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for J. Michael Hopper
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JOSEPH CHRISTOPHER SMITH,<br><br>Debtor. | Case No. 21-23522-A-7<br>Chapter 7<br><br>DNL-3<br><br>Date: June 8, 2022<br>Time: 9:00 a.m.<br>Place: Dept. A, Courtroom 28<br>       501 I Street, 7th Floor<br>       Sacramento, CA 95814 |

### ORDER GRANTING MOTION FOR TURNOVER

The motion of J. MICHAEL HOPPER ("Trustee"), in his capacity as Chapter 7 Trustee for the bankruptcy estate of JOSEPH CHRISTOPHER SMITH ("Debtor"), having been presented to the court, and upon consideration of the evidence and authorities presented, and good cause appearing therefor,

**IT IS ORDERED** that:

1. The motion is granted as set forth below.

///

///

1

2. The Debtor shall turn over the 2015 Toyota Prius to the Trustee at once and no later than seven (7) days from the date of service of the order on this motion.

Dated: June 08, 2022

*[signature]*

Fredrick E. Clement
United States Bankruptcy Judge