# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Joseph Christopher Smith

**Case No.:** 21-23522 - A - 7

**Docket Control No.** WW-3
**Date:** 08/15/2022
**Time:** 9:00 AM

**Matter:** [94] - Motion/Application to Compel Abandonment [WW-3] Filed by Debtor Joseph Christopher Smith (Fee Paid $188) (eFilingID: 7117477) (isaf)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Not Recorded**
**Department: A**

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

## CIVIL MINUTES

**Motion:** Compel Abandonment of Property of the Estate
**Notice:** LBR 9014-1(f)(1); written opposition required
**Disposition:** Denied without prejudice
**Order:** Civil minute order

The debtor seeks an order compelling the chapter 7 trustee's abandonment of real property.

**LBR 9014-1**

> *Evidence*. Every motion or other request for relief shall be *accompanied by evidence* establishing its factual allegations and demonstrating that the movant is entitled to the relief requested. Affidavits and declarations shall comply with Fed. R. Civ. P. 56(c)(4).

LBR 9014-1(d)(3)(D)(emphasis added).

> Service of all pleadings and documents filed in support of, or in opposition to, a motion shall be made on or before the date they are filed with the Court.

> A proof of service, in the form of a certificate of service, shall be filed with the Clerk concurrently with the pleadings or documents served, or not more than three (3) days after they are filed.

LBR 9014-1(e)(1),(2).

On July 18, 2022, the debtor served only the motion and notice of motion on all parties in interest as required by Fed. R. Bankr. P. 6007(b). Although the debtor's declaration in support of the motion refers to Exhibits, no supporting exhibits were filed with the motion or served on any party. See Certificate of Service, Item No. 4, ECF No. 97. This violates LBR 9014-1(d)(3)(D), which requires that all motions be accompanied by evidence.

On July 28, 2022, the debtor filed Exhibits in support of his motion. *See* ECF No. 101. However, no Certificate of Service was filed proving that the supporting documents were served on any party. This violates LBR 9014-1(e)(1), (2) which requires that service of the Exhibits must be made on or before the date they were filed with the court, and that the Certificate of Service must be filed not later than 3 days after they are filed with the court.

All parties in interest were not served with the evidence in support of the motion.

**DEBTOR'S REPLY**

On August 4, 2022, the debtor filed a reply to the motion. However, given the service defect previously discussed in this ruling the court need not reach the issues raised in the reply.

The motion will be denied without prejudice.