**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 21-23522 - A - 7
Joseph Christopher Smith,      ) Docket Control No. WW-5
          Debtor.              ) Document No. 125
                               ) Date: 12/12/2022
                               ) Time: 9:00 AM
_____ ) Dept: A
```

**Order**

The debtor's Motion to Compel Abandonment of Property has been presented to the court. Having considered the motion together with papers filed in support and opposition, and having heard the arguments of counsel, if any,

IT IS ORDERED that the motion is denied without prejudice.

Dated: December 12, 2022

_____
Fredrick E. Clement
United States Bankruptcy Judge

[125] - Motion/Application to Compel Abandonment [WW-5] Filed by Debtor Joseph Christopher Smith (Fee Paid $0.00) (eFilingID: 7137296) (isaf)