**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 21-23522 - A - 7
Joseph Christopher Smith,          ) Docket Control No. DNL-7
         Debtor.                   ) Document No. 149
                                   ) Date: 04/03/2023
                                   ) Time: 10:30 AM
                                   ) Dept: A
```

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

J. Michael Hopper's motion to approve a compromise has been presented to the court. Having entered the default of respondent for failure to appear, timely oppose, or otherwise defend in the matter, and having considered the well-pleaded facts of the motion,

IT IS ORDERED that the motion is granted. The court hereby approves the compromise that is reflected in the settlement agreement filed concurrently with the motion as Exhibit B and filed at docket no. 152.

Dated: April 06, 2023

_____
Fredrick E. Clement
United States Bankruptcy Judge

[149] - Motion/Application to Compromise Controversy/Approve Settlement Agreement with Diane M. Bender [DNL-7] Filed by Trustee J. Michael Hopper (vrof)