# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re: SMITH, JOSEPH CHRISTOPHER § Case No. 21-23522-A-7
§
    JOSEPH C. SMITH §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 08, 2021. The undersigned trustee was appointed on October 08, 2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      158,700.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 67,635.61 |
| Bank service fees | 2,365.64 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 3,325.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 85,373.75 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

　　　　6. The deadline for filing non-governmental claims in this case was 03/16/2022 and the deadline for filing governmental claims was 04/06/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

　　　　7. The Trustee's proposed distribution is attached as **Exhibit D**.

　　　　8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,018.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

　　　　The trustee has received $0.00 as interim compensation and now requests the sum of $11,018.75, for a total compensation of $11,018.75.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/29/2023　　　　By: /s/James Michael Hopper
　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-23522-A-7     **Trustee:** (001700) James Michael Hopper
**Case Name:** SMITH, JOSEPH CHRISTOPHER     **Filed (f) or Converted (c):** 10/08/21 (f)
    **§341(a) Meeting Date:** 11/17/21
**Period Ending:** 12/29/23     **Claims Bar Date:** 03/16/22

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2518 U Street, Sacramento, CA | 575,000.00 | 0.00 | | 0.00 | FA |
| 2 | Toyota Prius 2015 | 9,550.00 | 11,775.00 | | 18,700.00 | FA |
| 3 | Household Goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Bike | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 425.00 | 0.00 | | 0.00 | FA |
| 7 | Cat | 1.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Patelco Checking #02-10 | 2,128.08 | 0.00 | | 0.00 | FA |
| 10 | Patelco Savings #02-00 | 1.00 | 0.00 | | 0.00 | FA |
| 11 | Radius Bank Checking #2777 | 45.00 | 0.00 | | 0.00 | FA |
| 12 | 2286 Del Monte LLC<br>   Abandoned by Court order 1/7/22 Doc 34 | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | D&J Beneficial Holdings , LLC<br>   Abandoned by Court order 1/7/22 Doc 34 | 0.00 | 0.00 | OA | 0.00 | FA |
| 14 | Norcal Green Ventures LLC<br>   Abandoned by Court order 1/7/22 Doc 34 | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | Midtown Supply LLC<br>   Abandoned by Court order 1/7/22 Doc 34 | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | Midtown Manufacturing<br>   Abandoned by Court order 1/7/22 Doc 34 | 0.00 | 0.00 | OA | 0.00 | FA |
| 17 | Vanguard 401(k) | 8,196.90 | 0.00 | | 0.00 | FA |
| 18 | Vanguard 401(k) | 49,333.00 | 0.00 | | 0.00 | FA |
| 19 | Transfer Avoidance Settlement (u)<br>   Subject of Adversary 22-02103: Settlement Agreement (DNL-7): Court order signed 4/6/23 Doc 157 | 0.00 | 140,000.00 | | 140,000.00 | FA |
| 19 | **Assets**    Totals (Excluding unknown values) | **$647,129.98** | **$151,775.00** | | **$158,700.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 21-23522-A-7 | **Trustee:** | (001700) James Michael Hopper |
| **Case Name:** SMITH, JOSEPH CHRISTOPHER | **Filed (f) or Converted (c):** | 10/08/21 (f) |
| | **§341(a) Meeting Date:** | 11/17/21 |
| **Period Ending:** 12/29/23 | **Claims Bar Date:** | 03/16/22 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

12/29/23  Submit TFR and NFR.

12/29/23  Final review of claims.

12/18/23  Fee application for Desmond, Nolan, Livaich & Cunningham (DNL-9) granted.  Order signed 12/19/23

12/18/23  Fee application for Trustee (DNL-8). granted.  Order signed 12/20/23.

11/20/23  File fee application for Desmond, Nolan, Livaich & Cunningham (DNL-9).  Set for 12/18/23.

11/20/23  File fee application for Trustee (DNL-8).  Set for 12/18/23.

4/23/23  Prepare and forward exemption payment to the debtor for the 2015 Toyota Prius.

4/11/23  File Stipulated Dismissal of Adversary.

4/3/23  Motion to approve Settlement Agreement with Diane Bender (DNL-7) granted.  Order signed 4/6/23.

3/29/23  Review, sign and return tax returns to BCC for filing.

3/20/23  Application to employ Bachecki, Crom & Co as accountants for flat fee (DNL-6) granted.  Order signed 3/23/23.

2/28/23  File motion to approve Settlement Agreement with Diane Bender (DNL-7).  Set for 4/3/23.

2/27/23  Receive Settlement payment from Diane Bender.

2/16/23  File application to employ Bachecki, Crom & Co as accountants for flat fee (DNL-6).  Set for 3/20/23.

2/3/23  BDRP: settlement with Diane Bender for $140,000.

12/12/22  Debtor's motion to compel abandonment of 2518 U Street (WW-5) denied.  Order signed 12/12/22.

11/10/22  File Adversary Complaint against Diane Bender re: avoiding transfer and recovering her interest in 2518 U Street; disallowing POC 8-1.

11/10/22  Trustee files reponse to Debtor's motion to compel abandonment of 2518 U Street (WW-5).

10/31/22  Court continues Debtor's motion to compel abandonment of 2518 U Street (WW-5).  Court requires a response from the Trustee.  Set for 12/12/22.

9/27/22  Debtor files motion to compel abandonment of 2518 U Street (WW-5).  Set for 10/31/22.

9/26/22  Court denies Debtor's motion to compel abandonment of 2518 U Street (WW-4).

9/6/22  Trustee files non-op to Debtor's motion to compel abandonment of 2518 U Street (WW-4).

8/25/22  File Report of Sale.

8/25/22  Receive auction proceeds from West Auctions, Inc.

8/24/22  Debtor files motion to compel abandonment of 2518 U Street (WW-4).  Set for 9/26/22.

8/15/22  Court denies Debtor's motion to compel abandonment of 2518 U Street (WW-3).

8/1/22 Application to employ and compensate West Auctions (DNL-5) granted.  Order signed 8/6/22.

7/29/22  File opposition to Debtor's motion to compel abandonment of 2518 U Street (WW-3).

7/18/22  Debtor files motion to compel abandonment of 2518 U Street (WW-3).  Set for 8/15/22.

6/30/22 File application to employ and compensate West Auctions; sell Prius at auction; waiver of 14 day stay period (DNL-5).  Set for 8/1/22.

6/27/22  Withdraw contempt motion.

6/23/22  Debtor dropped off the Prius at West Auctions.

6/21/22  File motion for order holding debtor in contempt for not turning over the Prius (DNL-4).  Set for 7/5/22.

6/13/22  Left VM for debtor regarding turn over of Prius.  No response.

6/8/22  Motion for turnover of Prius (DNL-3) granted.  Order signed 6/8/22.  Debtor must turn over the Prius immediately or no later than 6/15/22.

5/9/22  File motion for turnover of Prius (DNL-3).  Set for 6/8/22.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-23522-A-7  
**Case Name:** SMITH, JOSEPH CHRISTOPHER  

**Period Ending:** 12/29/23

**Trustee:** (001700) James Michael Hopper  
**Filed (f) or Converted (c):** 10/08/21 (f)  
**§341(a) Meeting Date:** 11/17/21  
**Claims Bar Date:** 03/16/22

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/31/22  West Auctions looks at Prius; estimates will sell for $12-15,000.

3/9/22  Debtor amends Schedule C.

3/8/22  Debtor's motion to compel abandonment of 2015 Toyota Prius and 2518 U Street (WW-2) withdrawn by stipulation with debtor.

2/28/22  File opposition to debtor's motion to compel abandonment of 2015 Toyota Prius and 2518 U Street (WW-2).

2/11/22  Debtor files motion to compel abandonment of 2015 Toyota Prius and 2518 U Street (WW-2).  Set for 3/14/22.

1/4/22  Motion to abandon estate's interest in business entities involved in canabis operations (DNL-2) granted.  Order signed 1/7/22.

1/4/22  Application to employ DNLC pursuant to a hybird fee agreement (DNL-1) granted.  Order signed 1/7/22.

12/15/21  341 concluded.

12/14/21  File motion to abandon estate's interest in business entities involved in canabis operations (DNL-2).  Set for 1/4/22.

12/14/21  File application to employ DNLC pursuant to a hybird fee agreement (DNL-1).  Set for 1/4/22.

11/29/21  Call w/ Gina Crane, real estate agent: suggest listing $750-$800K.

11/18/21  Met w/ Russ Cunnngham, Desmond, Nolan, Livaich & Cunningham (DNLC):  review of case; will get employed on a hybrid basis.

11/17/21  341 continued to 12/15/21.

**Initial Projected Date Of Final Report (TFR):** December 31, 2022    **Current Projected Date Of Final Report (TFR):** December 31, 2023

Filed 03/15/24        Case 21-23522        Doc 181

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 21-23522-A-7  
**Case Name:** SMITH, JOSEPH CHRISTOPHER  

**Taxpayer ID #:** **-***1539  
**Period Ending:** 12/29/23

**Trustee:** James Michael Hopper (001700)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******1523 - Checking Account  
**Blanket Bond:** $16,767,431.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/25/22 | | West Auctions, Inc. | Net proceeds from auction | | | 15,100.00 | | 15,100.00 |
| | {2} | | Gross Sale | 18,700.00 | 1129-000 | | | 15,100.00 |
| | | West Auctions, Inc. | Commission | -2,805.00 | 3610-000 | | | 15,100.00 |
| | | West Auctions, Inc. | Expenses | -795.00 | 3620-000 | | | 15,100.00 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 15,095.00 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 24.19 | 15,070.81 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 23.34 | 15,047.47 |
| 11/17/22 | | Transition Transfer Debit | Transition Transfer Debit | | 9999-000 | | 15,047.47 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 15,100.00 | 15,100.00 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 15,047.47 | |
| | | | **Subtotal** | | | 15,100.00 | 52.53 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$15,100.00** | **$52.53** | |

{} Asset reference(s)                                    Printed: 12/29/2023 01:44 PM    V.20.60

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 21-23522-A-7 | | Trustee: | James Michael Hopper (001700) |
|---|---|---|---|---|
| Case Name: | SMITH, JOSEPH CHRISTOPHER | | Bank Name: | TriState Capital Bank |
| | | | Account: | ******8273 - Checking Account |
| Taxpayer ID #: | **-***1539 | | Blanket Bond: | $16,767,431.00 (per case limit) |
| Period Ending: | 12/29/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/17/22 | | Transition transfer credit | Transition transfer credit | 9999-000 | 15,047.47 | | 15,047.47 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 25.72 | 15,021.75 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 24.07 | 14,997.68 |
| 01/16/23 | 10101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 11/30/2022 FOR CASE #21-23522-A-7 | 2300-000 | | 9.37 | 14,988.31 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 25.63 | 14,962.68 |
| 02/27/23 | {19} | Diane M Bender | Settlement | 1241-000 | 140,000.00 | | 154,962.68 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 29.85 | 154,932.83 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 256.59 | 154,676.24 |
| 04/09/23 | 10102 | Bachecki, Crom & Co., LLP | Flat Fee: Court order 3/23/23 Doc 155 | 3410-000 | | 2,100.00 | 152,576.24 |
| 04/23/23 | 10103 | JOSEPH CHRISTOPHER SMITH | Exemption for 2015 Toyota Prius | 8100-002 | | 3,325.00 | 149,251.24 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 229.69 | 149,021.55 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 268.58 | 148,752.97 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 243.03 | 148,509.94 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 230.08 | 148,279.86 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 261.44 | 148,018.42 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 229.32 | 147,789.10 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 252.65 | 147,536.45 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 236.46 | 147,299.99 |
| 12/20/23 | 10104 | Desmond, Nolan, Livaich & Cunningham | Fees and Expenses | | | 61,926.24 | 85,373.75 |
| | | | Fees 60,553.00 | 3210-000 | | | 85,373.75 |
| | | | Expenses 1,373.24 | 3220-000 | | | 85,373.75 |
| | | | ACCOUNT TOTALS | | 155,047.47 | 69,673.72 | $85,373.75 |
| | | | Less: Bank Transfers | | 15,047.47 | 0.00 | |
| | | | Subtotal | | 140,000.00 | 69,673.72 | |
| | | | Less: Payments to Debtors | | | 3,325.00 | |
| | | | NET Receipts / Disbursements | | $140,000.00 | $66,348.72 | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 21-23522-A-7  
**Case Name:** SMITH, JOSEPH CHRISTOPHER

**Taxpayer ID #:** **-***1539  
**Period Ending:** 12/29/23

**Trustee:** James Michael Hopper (001700)  
**Bank Name:** TriState Capital Bank  
**Account:** ******8273 - Checking Account  
**Blanket Bond:** $16,767,431.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 155,100.00  
Plus Gross Adjustments : 3,600.00  
Less Payments to Debtor : 3,325.00  

Net Estate : $155,375.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1523 | 15,100.00 | 52.53 | 0.00 |
| Checking # ******8273 | 140,000.00 | 66,348.72 | 85,373.75 |
|  | $155,100.00 | $66,401.25 | $85,373.75 |

{} Asset reference(s)

Printed: 12/29/2023 01:44 PM  V.20.60

# Claims Analysis     Exhibit C

## Case:  21-23522-A-7   SMITH, JOSEPH CHRISTOPHER

**Case Balance:** $85,373.75     **Total Proposed Payment:** $85,373.75     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | James Michael Hopper | Admin Ch. 7 | 11,018.75 | 11,018.75 | 0.00 | 11,018.75 | 11,018.75 | 74,355.00 |
|  | <2100-00  Trustee Compensation> | | | | | | | |
|  | **Claim Memo:**  Fees granted by Court order on 12/20/23 Doc 176 | | | | | | | |
| A1 | West Auctions, Inc. | Admin Ch. 7 | 0.00 | 2,805.00 | 2,805.00 | 0.00 | 0.00 | 74,355.00 |
|  | <3610-00  Auctioneer for Trustee Fees> | | | | | | | |
|  | **Claim Memo:**  Commission | | | | | | | |
| A2 | West Auctions, Inc. | Admin Ch. 7 | 0.00 | 795.00 | 795.00 | 0.00 | 0.00 | 74,355.00 |
|  | <3620-00  Auctioneer for Trustee Expenses> | | | | | | | |
|  | **Claim Memo:**  Expenses | | | | | | | |
| A3 | Bachecki, Crom & Co., LLP | Admin Ch. 7 | 0.00 | 2,100.00 | 2,100.00 | 0.00 | 0.00 | 74,355.00 |
|  | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
|  | **Claim Memo:**  Flat Fee: Court order 3/23/23 Doc 155 | | | | | | | |
| A4 | Desmond, Nolan, Livaich & Cunningham | Admin Ch. 7 | 0.00 | 60,553.00 | 60,553.00 | 0.00 | 0.00 | 74,355.00 |
|  | <3210-00  Attorney for Trustee Fees (Other Firm)> | | | | | | | |
|  | **Claim Memo:**  Fees granted by Court order on 12/19/23 Doc 175 | | | | | | | |
| A5 | Desmond, Nolan, Livaich & Cunningham | Admin Ch. 7 | 0.00 | 1,373.24 | 1,373.24 | 0.00 | 0.00 | 74,355.00 |
|  | <3220-00  Attorney for Trustee Expenses (Other Firm)> | | | | | | | |
|  | **Claim Memo:**  Expenses granted by Court order on 12/19/23 Doc 175 | | | | | | | |
| BOND | International Sureties, LTD | Admin Ch. 7 | 9.37 | 9.37 | 9.37 | 0.00 | 0.00 | 74,355.00 |
|  | <2300-00  Bond Payments> | | | | | | | |
| **SUBTOTAL FOR   ADMIN CH. 7** | | | **11,028.12** | **78,654.36** | **67,635.61** | **11,018.75** | **11,018.75** | |
| 2P | Internal Revenue Service | Priority | 145,184.47 | 145,184.47 | 0.00 | 145,184.47 | 73,620.72 | 734.28 |
| 4-2P | FRANCHISE TAX BOARD | Priority | 1,448.04 | 1,448.04 | 0.00 | 1,448.04 | 734.28 | 0.00 |
| **SUBTOTAL FOR   PRIORITY** | | | **146,632.51** | **146,632.51** | **0.00** | **146,632.51** | **74,355.00** | |
| 1 | California Sleep Solutions | Unsecured | 70.00 | 70.00 | 0.00 | 70.00 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | Unsecured | 80,400.93 | 80,400.93 | 0.00 | 80,400.93 | 0.00 | 0.00 |
| 3 | American Express National Bank | Unsecured | 11,024.28 | 11,024.28 | 0.00 | 11,024.28 | 0.00 | 0.00 |
| 5 | Applied Architecture | Unsecured | 1,306.32 | 1,306.32 | 0.00 | 1,306.32 | 0.00 | 0.00 |
| 6 | Patelco Credit Union | Unsecured | 19,789.15 | 19,789.15 | 0.00 | 19,789.15 | 0.00 | 0.00 |
| 7 | FORD MOTOR CREDIT COMPANY LLC | Unsecured | 2,435.23 | 2,435.23 | 0.00 | 2,435.23 | 0.00 | 0.00 |
| 8 | Diane M Bender | Unsecured | 1,155,000.00 | 1,155,000.00 | 0.00 | 1,155,000.00 | 0.00 | 0.00 |
|  | **Claim Memo:**  Allowed as a general unsecured claim pursuent to Settlement Agreement (DNL-7): Court order signed 4/6/23 Doc 157 | | | | | | | |
| 4-2U | Franchise Tax Board | Unsecured | 5,685.21 | 5,685.21 | 0.00 | 5,685.21 | 0.00 | 0.00 |
| 4-2F | Franchise Tax Board | Unsecured | 2,296.75 | 2,296.75 | 0.00 | 2,296.75 | 0.00 | 0.00 |
|  | **Claim Memo:**  Penalty Portion of Claim | | | | | | | |
| **SUBTOTAL FOR   UNSECURED** | | | **1,278,007.87** | **1,278,007.87** | **0.00** | **1,278,007.87** | **0.00** | |

# Claims Analysis    Exhibit C

## Case: 21-23522-A-7    SMITH, JOSEPH CHRISTOPHER

**Case Balance:** $85,373.75    **Total Proposed Payment:** $85,373.75    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 21-23522-A-7 :** | | **$1,435,668.50** | **$1,503,294.74** | **$67,635.61** | **$1,435,659.13** | **$85,373.75** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $11,028.12 | $78,654.36 | $67,635.61 | $11,018.75 | 100.000000% |
| **Total Priority Claims :** | $146,632.51 | $146,632.51 | $0.00 | $74,355.00 | 50.708400% |
| **Total Unsecured Claims :** | $1,278,007.87 | $1,278,007.87 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**      Exhibit D

Case No.: 21-23522-A-7  
Case Name: SMITH, JOSEPH CHRISTOPHER  
Trustee Name: James Michael Hopper  

**Balance on hand:**     $ 85,373.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $ 0.00  
Remaining balance:     $ 85,373.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - James Michael Hopper | 11,018.75 | 0.00 | 11,018.75 |

Total to be paid for chapter 7 administration expenses:     $ 11,018.75  
Remaining balance:     $ 74,355.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $ 0.00  
Remaining balance:     $ 74,355.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $146,632.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 145,184.47 | 0.00 | 73,620.72 |
| 4-2P | FRANCHISE TAX BOARD | 1,448.04 | 0.00 | 734.28 |

Total to be paid for priority claims:     $ 74,355.00  
Remaining balance:     $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 1,275,711.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | California Sleep Solutions | 70.00 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 80,400.93 | 0.00 | 0.00 |
| 3 | American Express National Bank | 11,024.28 | 0.00 | 0.00 |
| 5 | Applied Architecture | 1,306.32 | 0.00 | 0.00 |
| 6 | Patelco Credit Union | 19,789.15 | 0.00 | 0.00 |
| 7 | FORD MOTOR CREDIT COMPANY LLC | 2,435.23 | 0.00 | 0.00 |
| 8 | Diane M Bender | 1,155,000.00 | 0.00 | 0.00 |
| 4-2U | Franchise Tax Board | 5,685.21 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,296.75 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4-2F | Franchise Tax Board | 2,296.75 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**