# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: SMITH, JOSEPH CHRISTOPHER § | Case No. 21-23522-A-7 |
| § | |
| JOSEPH C. SMITH § | |
| Debtor(s) § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

James Michael Hopper, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $637,579.98      Assets Exempt: $447,925.90
*(without deducting any secured claims)*

Total Distribution to Claimants: $74,355.00      Claims Discharged
    Without Payment: $3,354,793.78

Total Expenses of Administration: $81,020.00

---

3) Total gross receipts of $ 158,700.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,325.00 (see **Exhibit 2**), yielded net receipts of $155,375.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $256,056.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,393.76 | 81,020.00 | 81,020.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 230,000.00 | 149,509.33 | 149,509.33 | 74,355.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,213,317.36 | 1,278,727.08 | 1,278,727.08 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,699,373.36 | $1,441,630.17 | $1,509,256.41 | $155,375.00 |

4) This case was originally filed under Chapter 7 on October 08, 2021. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/10/2024　　　　　　By: /s/James Michael Hopper
　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Toyota Prius 2015 | 1129-000 | 18,700.00 |
| Transfer Avoidance Settlement | 1241-000 | 140,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$158,700.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOSEPH CHRISTOPHER SMITH | Exemption for 2015 Toyota Prius | 8100-002 | 3,325.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,325.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | City of Sacramento | 4110-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Rushmore Loan Mgmt Srvc | 4110-000 | 251,926.00 | N/A | N/A | 0.00 |
| NOTFILED | Greg Padilla Bail Bonds | 4110-000 | 1,630.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$256,056.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - James Michael Hopper | 2100-000 | N/A | 11,018.75 | 11,018.75 | 11,018.75 |
| Auctioneer for Trustee Fees - West Auctions, Inc. | 3610-000 | N/A | 0.00 | 2,805.00 | 2,805.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | | | |
|---|---|---|---|---|---|
| Auctioneer for Trustee Expenses - West Auctions, Inc. | 3620-000 | N/A | 0.00 | 795.00 | 795.00 |
| Other - Bachecki, Crom & Co., LLP | 3410-000 | N/A | 0.00 | 2,100.00 | 2,100.00 |
| Other - Desmond, Nolan, Livaich & Cunningham | 3210-000 | N/A | 0.00 | 60,553.00 | 60,553.00 |
| Other - Desmond, Nolan, Livaich & Cunningham | 3220-000 | N/A | 0.00 | 1,373.24 | 1,373.24 |
| Other - International Sureties, LTD | 2300-000 | N/A | 9.37 | 9.37 | 9.37 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 24.19 | 24.19 | 24.19 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 23.34 | 23.34 | 23.34 |
| Other - TriState Capital Bank | 2600-000 | N/A | 25.72 | 25.72 | 25.72 |
| Other - TriState Capital Bank | 2600-000 | N/A | 24.07 | 24.07 | 24.07 |
| Other - TriState Capital Bank | 2600-000 | N/A | 25.63 | 25.63 | 25.63 |
| Other - TriState Capital Bank | 2600-000 | N/A | 29.85 | 29.85 | 29.85 |
| Other - TriState Capital Bank | 2600-000 | N/A | 256.59 | 256.59 | 256.59 |
| Other - TriState Capital Bank | 2600-000 | N/A | 229.69 | 229.69 | 229.69 |
| Other - TriState Capital Bank | 2600-000 | N/A | 268.58 | 268.58 | 268.58 |
| Other - TriState Capital Bank | 2600-000 | N/A | 243.03 | 243.03 | 243.03 |
| Other - TriState Capital Bank | 2600-000 | N/A | 230.08 | 230.08 | 230.08 |
| Other - TriState Capital Bank | 2600-000 | N/A | 261.44 | 261.44 | 261.44 |
| Other - TriState Capital Bank | 2600-000 | N/A | 229.32 | 229.32 | 229.32 |
| Other - TriState Capital Bank | 2600-000 | N/A | 252.65 | 252.65 | 252.65 |
| Other - TriState Capital Bank | 2600-000 | N/A | 236.46 | 236.46 | 236.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $13,393.76 | $81,020.00 | $81,020.00 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | 200,000.00 | 145,184.47 | 145,184.47 | 72,204.13 |
| 4-3P | FRANCHISE TAX BOARD | 5800-000 | 30,000.00 | 4,324.86 | 4,324.86 | 2,150.87 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $230,000.00 | $149,509.33 | $149,509.33 | $74,355.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | California Sleep Solutions | 7100-000 | 70.00 | 70.00 | 70.00 | 0.00 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 80,400.93 | 80,400.93 | 0.00 |
| 3 | American Express National Bank | 7100-000 | 11,000.00 | 11,024.28 | 11,024.28 | 0.00 |
| 5 | Applied Architecture | 7100-000 | 22,850.00 | 1,306.32 | 1,306.32 | 0.00 |
| 6 | Patelco Credit Union | 7100-000 | 19,000.00 | 19,789.15 | 19,789.15 | 0.00 |
| 7 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | 2,311.00 | 2,435.23 | 2,435.23 | 0.00 |
| 8 | Diane M Bender | 7100-000 | 1,155,000.00 | 1,155,000.00 | 1,155,000.00 | 0.00 |
| 4-3F | Franchise Tax Board | 7300-000 | N/A | 2,983.50 | 2,983.50 | 0.00 |
| 4-3U | Franchise Tax Board | 7100-000 | N/A | 5,717.67 | 5,717.67 | 0.00 |
| NOTFILED | Lisa Wright | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael J. Kuzmich | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Patelco Credit Union | 7100-000 | 19,789.00 | N/A | N/A | 0.00 |
| NOTFILED | Porsche Financial Services | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | PG&E | 7100-000 | 1,478.00 | N/A | N/A | 0.00 |
| NOTFILED | Ongaro Joseph/Diane M. Bender | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | LG Ellis Plumbing Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | John Walker | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey R. Brower | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | KEK Enterprises | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kaiser Permanente | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | RCP | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | LegalZoom | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Craig Chakin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Todd A Murray | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 563.36 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems Inc | 7100-000 | 1,650.00 | N/A | N/A | 0.00 |
| NOTFILED | Weckworth Electric | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | West Star Loan Servicing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wave Broadband | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey Dorfman and Seth Bailin | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | SMUD | 7100-000 | 1,150.00 | N/A | N/A | 0.00 |
| NOTFILED | Trust, Suwest | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas G. Trost | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | States Recovery | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | RCP construction | 7100-000 | 1,500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | xfinity | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Employment Development Department | 7100-000 | 48,076.00 | N/A | N/A | 0.00 |
| NOTFILED | Independent Electrical Supply | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alfonso L. Poire | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 2286 Del Monte LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied International Credit Corp | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| NOTFILED | American Geotechnical, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 11,024.00 | N/A | N/A | 0.00 |
| NOTFILED | Balboa LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Herb Liverette Companies, Inc | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Geraci Law firm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Geico General Insurance Co | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Hard Money | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Herb Liverett | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | DMV | 7100-000 | 247.00 | N/A | N/A | 0.00 |
| NOTFILED | California Department of Tax and Fee Adm | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Sacramento | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,899.00 | N/A | N/A | 0.00 |
| NOTFILED | Cohen Investments | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Herb Liverett | 7100-000 | 153,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Credit Collection Services | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,213,317.36 | $1,278,727.08 | $1,278,727.08 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-23522-A-7      **Trustee:** (001700) James Michael Hopper
**Case Name:** SMITH, JOSEPH CHRISTOPHER     **Filed (f) or Converted (c):** 10/08/21 (f)
    **§341(a) Meeting Date:** 11/17/21
**Period Ending:** 06/10/24     **Claims Bar Date:** 03/16/22

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2518 U Street, Sacramento, CA | 575,000.00 | 0.00 | | 0.00 | FA |
| 2 | Toyota Prius 2015 | 9,550.00 | 11,775.00 | | 18,700.00 | FA |
| 3 | Household Goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Bike | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 425.00 | 0.00 | | 0.00 | FA |
| 7 | Cat | 1.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Patelco Checking #02-10 | 2,128.08 | 0.00 | | 0.00 | FA |
| 10 | Patelco Savings #02-00 | 1.00 | 0.00 | | 0.00 | FA |
| 11 | Radius Bank Checking #2777 | 45.00 | 0.00 | | 0.00 | FA |
| 12 | 2286 Del Monte LLC<br>   Abandoned by Court order 1/7/22 Doc 34 | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | D&J Beneficial Holdings, LLC<br>   Abandoned by Court order 1/7/22 Doc 34 | 0.00 | 0.00 | OA | 0.00 | FA |
| 14 | Norcal Green Ventures LLC<br>   Abandoned by Court order 1/7/22 Doc 34 | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | Midtown Supply LLC<br>   Abandoned by Court order 1/7/22 Doc 34 | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | Midtown Manufacturing<br>   Abandoned by Court order 1/7/22 Doc 34 | 0.00 | 0.00 | OA | 0.00 | FA |
| 17 | Vanguard 401(k) | 8,196.90 | 0.00 | | 0.00 | FA |
| 18 | Vanguard 401(k) | 49,333.00 | 0.00 | | 0.00 | FA |
| 19 | Transfer Avoidance Settlement (u)<br>   Subject of Adversary 22-02103: Settlement Agreement (DNL-7): Court order signed 4/6/23 Doc 157 | 0.00 | 140,000.00 | | 140,000.00 | FA |
| 19 | **Assets Totals** (Excluding unknown values) | **$647,129.98** | **$151,775.00** | | **$158,700.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 21-23522-A-7 | **Trustee:** (001700) | James Michael Hopper |
| **Case Name:** SMITH, JOSEPH CHRISTOPHER | **Filed (f) or Converted (c):** | 10/08/21 (f) |
| | **§341(a) Meeting Date:** | 11/17/21 |
| **Period Ending:** 06/10/24 | **Claims Bar Date:** | 03/16/22 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

4/8/24  Submit amended TFR and NFR.

4/8/24  Prepare amended distribution.

4/3/24  Franchise Tax Board amends POC 4.

12/29/23  Submit TFR and NFR.

12/29/23  Final review of claims.

12/18/23  Fee application for Desmond, Nolan, Livaich & Cunningham (DNL-9) granted.  Order signed 12/19/23

12/18/23  Fee application for Trustee (DNL-8). granted.  Order signed 12/20/23.

11/20/23  File fee application for Desmond, Nolan, Livaich & Cunningham (DNL-9).  Set for 12/18/23.

11/20/23  File fee application for Trustee (DNL-8).  Set for 12/18/23.

4/23/23  Prepare and forward exemption payment to the debtor for the 2015 Toyota Prius.

4/11/23  File Stipulated Dismissal of Adversary.

4/3/23  Motion to approve Settlement Agreement with Diane Bender (DNL-7) granted.  Order signed 4/6/23.

3/29/23  Review, sign and return tax returns to BCC for filing.

3/20/23  Application to employ Bachecki, Crom & Co as accountants for flat fee (DNL-6) granted.  Order signed 3/23/23.

2/28/23  File motion to approve Settlement Agreement with Diane Bender (DNL-7).  Set for 4/3/23.

2/27/23  Receive Settlement payment from Diane Bender.

2/16/23  File application to employ Bachecki, Crom & Co as accountants for flat fee (DNL-6).  Set for 3/20/23.

2/3/23  BDRP: settlement with Diane Bender for $140,000.

12/12/22  Debtor's motion to compel abandonment of 2518 U Street (WW-5) denied.  Order signed 12/12/22.

11/10/22  File Adversary Complaint against Diane Bender re: avoiding transfer and recovering her interest in 2518 U Street; disallowing POC 8-1.

11/10/22  Trustee files reponse to Debtor's motion to compel abandonment of 2518 U Street (WW-5).

10/31/22  Court continues Debtor's motion to compel abandonment of 2518 U Street (WW-5).  Court requires a response from the Trustee.  Set for 12/12/22.

9/27/22  Debtor files motion to compel abandonment of 2518 U Street (WW-5).  Set for 10/31/22.

9/26/22  Court denies Debtor's motion to compel abandonment of 2518 U Street (WW-4).

9/6/22  Trustee files non-op to Debtor's motion to compel abandonment of 2518 U Street (WW-4).

8/25/22  File Report of Sale.

8/25/22  Receive auction proceeds from West Auctions, Inc.

8/24/22  Debtor files motion to compel abandonment of 2518 U Street (WW-4).  Set for 9/26/22.

8/15/22  Court denies Debtor's motion to compel abandonment of 2518 U Street (WW-3).

8/1/22 Application to employ and compensate West Auctions (DNL-5) granted.  Order signed 8/6/22.

7/29/22  File opposition to Debtor's motion to compel abandonment of 2518 U Street (WW-3).

7/18/22  Debtor files motion to compel abandonment of 2518 U Street (WW-3).  Set for 8/15/22.

6/30/22 File application to employ and compensate West Auctions; sell Prius at auction; waiver of 14 day stay period (DNL-5).  Set for 8/1/22.

6/27/22 Withdraw contempt motion.

6/23/22  Debtor dropped off the Prius at West Auctions.

6/21/22  File motion for order holding debtor in contempt for not turning over the Prius (DNL-4).  Set for 7/5/22.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 21-23522-A-7 | **Trustee:** (001700) James Michael Hopper |
| **Case Name:** SMITH, JOSEPH CHRISTOPHER | **Filed (f) or Converted (c):** 10/08/21 (f) |
| | **§341(a) Meeting Date:** 11/17/21 |
| **Period Ending:** 06/10/24 | **Claims Bar Date:** 03/16/22 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

6/13/22  Left VM for debtor regarding turn over of Prius. No response.

6/8/22  Motion for turnover of Prius (DNL-3) granted. Order signed 6/8/22. Debtor must turn over the Prius immediately or no later than 6/15/22.

5/9/22  File motion for turnover of Prius (DNL-3). Set for 6/8/22.

3/31/22  West Auctions looks at Prius; estimates will sell for $12-15,000.

3/9/22  Debtor amends Schedule C.

3/8/22  Debtor's motion to compel abandonment of 2015 Toyota Prius and 2518 U Street (WW-2) withdrawn by stipulation with debtor.

2/28/22  File opposition to debtor's motion to compel abandonment of 2015 Toyota Prius and 2518 U Street (WW-2).

2/11/22  Debtor files motion to compel abandonment of 2015 Toyota Prius and 2518 U Street (WW-2). Set for 3/14/22.

1/4/22  Motion to abandon estate's interest in business entities involved in canabis operations (DNL-2) granted. Order signed 1/7/22.

1/4/22  Application to employ DNLC pursuant to a hybrid fee agreement (DNL-1) granted. Order signed 1/7/22.

12/15/21  341 concluded.

12/14/21  File motion to abandon estate's interest in business entities involved in canabis operations (DNL-2). Set for 1/4/22.

12/14/21  File application to employ DNLC pursuant to a hybrid fee agreement (DNL-1). Set for 1/4/22.

11/29/21  Call w/ Gina Crane, real estate agent: suggest listing $750-$800K.

11/18/21  Met w/ Russ Cunnngham, Desmond, Nolan, Livaich & Cunningham (DNLC): review of case; will get employed on a hybrid basis.

11/17/21  341 continued to 12/15/21.

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2022　　　　**Current Projected Date Of Final Report (TFR):**　　December 29, 2023  (Actual)

Filed 06/17/24    Case 21-23522    Doc 194

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 21-23522-A-7  
**Case Name:** SMITH, JOSEPH CHRISTOPHER  

**Taxpayer ID #:** **-***1539  
**Period Ending:** 06/10/24  

**Trustee:** James Michael Hopper (001700)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******1523 - Checking Account  
**Blanket Bond:** $21,541,570.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/25/22 | | West Auctions, Inc. | Net proceeds from auction | | | 15,100.00 | | 15,100.00 |
| | {2} | | Gross Sale | 18,700.00 | 1129-000 | | | 15,100.00 |
| | | West Auctions, Inc. | Commission | -2,805.00 | 3610-000 | | | 15,100.00 |
| | | West Auctions, Inc. | Expenses | -795.00 | 3620-000 | | | 15,100.00 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 15,095.00 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 24.19 | 15,070.81 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 23.34 | 15,047.47 |
| 11/17/22 | | Transition Transfer Debit | Transition Transfer Debit | | 9999-000 | | 15,047.47 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 15,100.00 | 15,100.00 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 15,047.47 | |
| | | | **Subtotal** | | | 15,100.00 | 52.53 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$15,100.00** | **$52.53** | |

{} Asset reference(s)                                                                 Printed: 06/10/2024 03:56 PM   V.20.60

Filed 06/17/24     Case 21-23522     Doc 194

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 21-23522-A-7  
**Case Name:** SMITH, JOSEPH CHRISTOPHER  
**Taxpayer ID #:** **-***1539  
**Period Ending:** 06/10/24  

**Trustee:** James Michael Hopper (001700)  
**Bank Name:** TriState Capital Bank  
**Account:** ******8273 - Checking Account  
**Blanket Bond:** $21,541,570.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/22 | | Transition transfer credit | Transition transfer credit | 9999-000 | 15,047.47 | | 15,047.47 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 25.72 | 15,021.75 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 24.07 | 14,997.68 |
| 01/16/23 | 10101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 11/30/2022 FOR CASE #21-23522-A-7 | 2300-000 | | 9.37 | 14,988.31 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 25.63 | 14,962.68 |
| 02/27/23 | {19} | Diane M Bender | Settlement | 1241-000 | 140,000.00 | | 154,962.68 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 29.85 | 154,932.83 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 256.59 | 154,676.24 |
| 04/09/23 | 10102 | Bachecki, Crom & Co., LLP | Flat Fee: Court order 3/23/23 Doc 155 | 3410-000 | | 2,100.00 | 152,576.24 |
| 04/23/23 | 10103 | JOSEPH CHRISTOPHER SMITH | Exemption for 2015 Toyota Prius | 8100-002 | | 3,325.00 | 149,251.24 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 229.69 | 149,021.55 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 268.58 | 148,752.97 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 243.03 | 148,509.94 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 230.08 | 148,279.86 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 261.44 | 148,018.42 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 229.32 | 147,789.10 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 252.65 | 147,536.45 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 236.46 | 147,299.99 |
| 12/20/23 | 10104 | Desmond, Nolan, Livaich & Cunningham | Fees and Expenses | | | 61,926.24 | 85,373.75 |
| | | | Fees    60,553.00 | 3210-000 | | | 85,373.75 |
| | | | Expenses    1,373.24 | 3220-000 | | | 85,373.75 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 205.05 | 85,168.70 |
| 02/26/24 | | TriState Capital Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -205.05 | 85,373.75 |
| 05/10/24 | 10105 | James Michael Hopper | Dividend paid 100.00% on $11,018.75, Trustee Compensation; Reference: | 2100-000 | | 11,018.75 | 74,355.00 |
| 05/10/24 | 10106 | Internal Revenue Service | Claim #2P | 5800-000 | | 72,204.13 | 2,150.87 |
| 05/10/24 | 10107 | FRANCHISE TAX BOARD | Claim #4-3P | 5800-000 | | 2,150.87 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 155,047.47 | 155,047.47 | $0.00 |
| | | | Less: Bank Transfers | | 15,047.47 | 0.00 | |
| | | | **Subtotal** | | 140,000.00 | 155,047.47 | |
| | | | Less: Payments to Debtors | | | 3,325.00 | |
| | | | **NET Receipts / Disbursements** | | **$140,000.00** | **$151,722.47** | |

{} Asset reference(s)          Printed: 06/10/2024 03:56 PM    V.20.60

Filed 06/17/24    Case 21-23522    Doc 194

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 21-23522-A-7  
**Case Name:** SMITH, JOSEPH CHRISTOPHER  

**Taxpayer ID #:** **-***1539  
**Period Ending:** 06/10/24  

**Trustee:** James Michael Hopper (001700)  
**Bank Name:** TriState Capital Bank  
**Account:** ******8273 - Checking Account  
**Blanket Bond:** $21,541,570.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 155,100.00  
Plus Gross Adjustments : 3,600.00  
Less Payments to Debtor : 3,325.00  
Net Estate : $155,375.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1523** | 15,100.00 | 52.53 | 0.00 |
| **Checking # ******8273** | 140,000.00 | 151,722.47 | 0.00 |
| | $155,100.00 | $151,775.00 | $0.00 |

{} Asset reference(s)

Printed: 06/10/2024 03:56 PM    V.20.60